```
                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO


MATTHEW RASHEEM,                  )     CASE NO. 1:00 CV 2060
                                  )
        Plaintiff,                )     JUDGE SOLOMON OLIVER, JR.
                                  )
    v.                            )
                                  )     JUDGMENT ENTRY
CARMEN MARINO, et al.,            )
                                  )
        Defendants.               )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE